UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VRA ENTERPRISES, LLC d/b/a
PRECISION RX,

    Plaintiff,

    v.

THE CENTER FOR MEDICARE
AND MEDICAID SERVICES et al.

    Defendants.

Case No. 8:23-cv-02474-WFJ-TGW

## SCHEDULING ORDER

The parties agreed to the following briefing schedule:

| | |
|---|---|
| **Defendants' motion for summary judgment** | **September 12, 2025** |
| **Plaintiff's response and cross-motion for summary judgment** | **October 10, 2025** |
| **Defendants' reply to motion for summary judgment and response to cross-motion for summary judgment** | **October 31, 2025** |
| **Plaintiff's reply to cross-motion for summary judgment** | **November 14, 2025** |

**DONE AND ORDERED** at Tampa, Florida on July 22, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record